IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

Mollina Niamat

    Debtor(s).

CASE NO. 09-08455-KSJ
CHAPTER 7

_____/

**ORDER GRANTING REGIONS BANK DBA REGIONS MORTGAGE
MOTION FOR RELIEF FROM STAY**

This cause came on for consideration by negative notice pursuant to the Motion for Relief from Stay (Doc # 13) filed by REGIONS BANK DBA REGIONS MORTGAGE ("Movant"), on July 10, 2009. The Motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within 21 days of the date of service of the Motion. No appropriate objections having been filed, it is

    **ORDERED:**

    1.    The Motion for Relief from Stay is granted.

    2.    The Automatic Stay imposed by 11 U.S.C. § 362 is lifted as to Movant and Movant may proceed with the foreclosure of its lien on the following property:

> **LOT 121 WESTRIDGE PHASE 3, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 98 PAGE 37-38, OF THE PUBLIC RECORDS OF POLK COUNTY, FLORIDA.**

3. The entry of this Order does not prevent the Debtor(s) from reinstating or paying off the amounts due and owing, including bankruptcy attorney's fees and costs not to exceed $500.00, as permitted by state law and the Note and Mortgage.

4. This Order is entered for the sole purpose of allowing Movant, its successors and/or assigns, to commence and/or continue to prosecute through judgment, sale, certificate of title and possession, a foreclosure against the property described above.

5. Movant shall not obtain an *in personam* judgment against the Debtor(s).

6. The stay imposed by Rule Fed.R.Bankr.P. 4001(a)(3) shall not be waived or reduced.

DONE and ORDERED in Orlando, Florida, this 5th day of August, 2009

_____
KAREN S. JENNEMANN
UNITED STATES BANKRUPTCY JUDGE

Copies Furnished To:

Mollina Niamat
18025 Whisperwind Drive
Clermont, FL 34715

Stephen J Berlinsky, Esquire
637 Eighth Street
Clermont, FL 34711

Carla Musselman, Trustee
1619 Druid Road
Maitland, FL 32751

REGIONS BANK DBA REGIONS MORTGAGE
1900 Charles Bryan
Cordova, TN 38016

Teresa M. Hair
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018

B09073570