UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 09-08455-KSJ
CHAPTER 7 CASE

IN RE:

MOLLINA NIAMAT

Debtor.
_____/

ORDER GRANTING MODIFICATION OF STAY

THIS CASE was considered by the Bankruptcy Court upon Motion for Relief from Stay filed (Docket # 15) by **EMC MORTGAGE CORPORATION AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF THE HOMEBANC MORTGAGE TRUST 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES** under local rule 2002-4 (b)(2). The Court finding the no responses have been filed and otherwise considered said Motion and being more fully advised in the premises, it is.

ORDERED AND ADJUDGED

1. That the Motion for Relief from Stay be, and it is hereby, granted so that **EMC MORTGAGE CORPORATION AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF THE HOMEBANC MORTGAGE TRUST 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES** may file and complete an action in State Court for foreclosure of its mortgage encumbering the property described as:

    **LOT 27, APSHAWA ACRES, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 31, PAGES 36 AND 37, PUBLIC RECORDS OF LAKE COUNTY, FLORIDA.**

    A/K/A: 18025 WHISPERWIND DRIVE, CLERMONT, FL 34715

2. Award Bankruptcy fees and cost of $500.00 for the Prosecution of the Motion.
3. The ten (10) stay period in Rule 4001(a)(3) shall not be waived or reduced.

4. It is further ORDERED, ADJUDGED AND DECREED that the Order Granting Relief from Automatic Stay be and is hereby entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property provided, that the Movant shall not seek or obtain an in personam judgment against the debtor.

DONE and ORDERED in Orlando, Florida, this 31st day of August, 2009

_____
Karen S. Jennemann
United States Bankruptcy Judge

Copies to be provided by CM/ECF service.

ATTN: CONNIE DELISSER, ESQ.
LAW OFFICE OF MARSHALL C. WATSON, P.A
1800 NW 49 STREET, SUITE 120
FORT LAUDERDALE, FL 33319

**MOLLINA NIAMAT**
18025 WHISPERWIND DRIVE
CLERMONT, FL 34715

**ANISA NIAMAT**
18025 WHISPERWIND DRIVE
CLERMONT, FL 34715

**CARLA MUSSELMAN**
1619 DRUID RD
MAITLAND, FL 32751

**UNITED STATES TRUSTEE - ORL7**
135 W CENTRAL BLVD., SUITE 620
ORLANDO, FL 32801

**STEPHEN J BERLINSKY**
THE BERLINSKY LAW FIRM, PA
637 EIGHTH STREET
CLERMONT, FL 34711